WM. WHITE ET AL *v.* B. DAWBURG ET AL.

**Jurisdiction—Dissolving of an Injunction Without Final Judgment—Appeal and Error.**

　　The Court of Appeals' jurisdiction extends only to the final orders and judgments of inferior courts and cannot assume jurisdiction of an order dissolving an injunction without a final judgment in the action.

APPEAL FROM CAMPBELL CIRCUIT COURT.

June 23, 1868.

OPINION OF THE COURT BY JUDGE HARDIN:

This is an appeal from an order dissolving an injunction without any final judgment in the action, and as the jurisdiction of this Court extends only to the *final* orders and judgment of the inferior courts, the order from which this appeal is prosecuted is not deemed such as to authorize an appeal to this Court. (Civil Code, sections 15-574. Rodman vs. Forlim, 2 Metcalf, 325.)

The appeal is therefore dismissed for want of jurisdiction.

*Fearon & Hawkins, for appelants.*

*Craddock, for appellees.*